IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

VS.                                       Case No. 1:20-cr-10010-001

SHAUNDERICK LEBURON MOORE                                                          DEFENDANT

## ORDER

Before the Court is a Motion to Dismiss filed by the United States of America. (ECF No. 38). Pursuant to Fed R. Crim P. 48(a), the United States moves the Court to dismiss the Superseding Indictment filed on July 28, 2020, in this matter. Upon consideration, the Court is of the opinion that the Motion (ECF No. 38) should be and hereby is **GRANTED**. Therefore, the Superseding Indictment filed in this matter is **DISMISSED**.

**IT IS SO ORDERED**, this 30th day of March, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge